William L. Gavras, Esq.
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA MC CARRON

FILED
DISTRICT COURT OF GUAM
NOV -5 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA MC CARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | COMPLAINT FOR DAMAGES FOR NEGLIGENCE PURSUANT TO THE FEDERAL TORT CLAIMS ACT |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action for negligence under The Federal Tort Claims Act for damage to property.

## JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1346(b) and 2671, et. Seq.

2. Before this action was instituted, the claim(s) set forth herein were presented to and constructively denied by the UNITED STATES OF AMERICA and this

ORIGINAL

suit was commenced as the result thereof. Said claims are attached hereto and incorporated herein by reference.

## PARTIES

3. Plaintiff was and is a resident of Guam at all relevant times herein.

4. At all times material herein, Defendant UNITED STATES OF AMERICA (hereafter "USA") through its agents, servants, employees and/or service persons was and is operating a U.S. Post Office within this judicial district.

5. At all times mentioned herein, Defendant's employees were acting within the course and scope of their employment, and as such, Defendant USA is fully liable for all the acts of its employees under the doctrine of Respondeat Superior and/or through the Federal Tort Claims Act.

6. Plaintiff is informed and believes and thereupon alleges, that each of said Defendants and its employees are jointly and severally liable as the principle, officer, agent, master, servant, employer, employee and partner of each of the other Defendants and was in doing the acts complained of herein, acting within the scope of his, her or its said agency, duties, employment or partnership.

## BACKGROUND

7. On or about January 31, 2002 at 1:00 p.m., Plaintiff BARBARA MC CARRON walked on the parking lot/drive on the premises of the U.S. Post Office branch in Agana, Guam.

## PLAINTIFF'S CAUSE OF ACTION FOR NEGLIGENCE AGAINST DEFENDANT

8. Plaintiff incorporates by reference paragraphs 1 through 7, above.

9. At all relevant times mentioned herein, Defendant USA operated a U.S. Post Office branch in Agana, Guam.

10. Defendant USA negligently maintained premises of its U.S. Post Office branch in Agana, Guam so that vegetation and debris obscured a depression in the walking surface/drive; said depression in the walking surface was also a result of negligent maintenance of the parking lot/drive and provided a danger and hazard to the public who traversed the premises.

11. As a direct and proximate result of the negligence of Defendant USA in not properly maintaining premises and not providing a safe walkway Plaintiff sustained severe personal bodily injury damages in the accident.

12. As a further direct and proximate result of the negligence of Defendant USA the Plaintiff was and is forced to endure severe pain and suffering, loss of enjoyment of life, mental and emotional injury and distress, lost earnings and medical treatments and expenses.

13. As a further direct and proximate result of the negligence of Defendant USA the Plaintiff will require future medical treatments and expenses with the attendant pain and suffering, loss of enjoyment of life, mental and emotional injury and distress, and lost earnings.

14. Based on the above, all Plaintiffs have been damaged in an amount to be determined at trial.

## PRAYER

WHEREFORE, Plaintiff prays for relief against the Defendant as follows:

1. For damages in an amount to be determined at trial.

2. For costs of suit, attorney fees, and post-judgment interest;

3. For such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated: October 28, 2002

GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA MC CARRON

4

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 8-31-02 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>United States Postal Service | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br>Gorman & Gavras<br>William Gavras<br>118A Chalan Santo Papa<br>Hagatna Guam 96910 | |

| 3. TYPE OF EMPLOYMENT<br>MILITARY (CIVILIAN) | 4. DATE OF BIRTH<br>3/2/47 | 5. MARITAL STATUS<br>Widow | 6. DATE AND DAY OF ACCIDENT<br>1/31/02 | 7. TIME (A.M. OR P.M)<br>p.m. 1:00 |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Defective and dangerous parking lot/drive at United States Post Office - Hagatna Guam. Vegetation and debris from negligent upkeep prevented Barbara L. McCarron (claimant) from seeing pothole. She stepped in and fell. Injured both legs and hands. Fracture, right fibula.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Same as 8 above

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Jim Parks | 113 Eliza Ct.<br>Dededo, Guam 96913 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | $200,000.00 | | $200,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>[signature] Attorney for Barbara McCarron | 13b. Phone number of signatory<br>671 472-2302 | 14. DATE OF CLAIM<br>4/6/02 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108 NSN 7540-00-634-4046 STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
  Civil Division
  U.S. Department of Justice
  Washington, DC 20530

and to the
  Office of Management and Budget
  Paperwork Reduction Project (1105-0008)
  Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. (No)

No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

NA

17. If deductible, state amount

NA

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

NA

19. Do you carry public liability and property damage insurance? Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) No

NA

SF 95 (Rev. 7-85) BACK

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

Case 1:02-cv-00030    Document 1    Filed 11/05/2002    Page 6 of 7

# United States District Court

DISTRICT OF GUAM
―――――――――

BARBARA McCARRON

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00030

TO: (Name and address of defendant)
U.S. Attorney's Office
District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

ACKNOWLEDGED RECEIPT
By: _Ryan Unpingco_
Date: 11-05-02

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

NOV - 5 2002
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

COPY