ORIGINAL

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Defendant United States of America

FILED
DISTRICT COURT OF GUAM
JAN 0 8 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | UNITED STATES ANSWER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

## ANSWER AND AFFIRMATIVE DEFENSES

Federal Defendant United States of America, by and through its counsel, Frederick A. Black, United States Attorney for the District of Guam, and Mikel W. Schwab, Assistant United States Attorney for said District, answers Plaintiff's Complaint in like numbered paragraphs as follows:

1. This Paragraph sets forth jurisdictional allegations to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are denied.

2. Defendant admits it received an administrative claim from Plaintiff in connection with an alleged slip or trip and fall at the Guam Post Office and that six months passed from the time Plaintiff submitted her claim to the United States to the time Plaintiff filed the present complaint. Except as expressly admitted, the remaining allegations are denied.

3. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore denied.

4. Defendant admits it operated a Post Office on the island of Guam on or about January 31, 2002. Except as expressly admitted, the remaining allegations are denied.

5. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore denied.

6. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore denied.

7. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore denied.

8. Defendant hereby incorporates its responses to Paragraphs 1 - 7.

9. Defendant admits it operated a Post Office on the island of Guam on or about January 31, 2002. Except as expressly admitted, the remaining allegations are denied.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

The paragraph beginning with "WHEREFORE" sets forth Plaintiffs prayer for relief to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are denied. All allegations not specifically responded to above are denied. AND FURTHER answering, Defendant avers:

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant denies that it owed Plaintiff any duty under law; that any of its agents or employees were negligent and/or breached any standard of care due the Plaintiff and/or engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs claim is diminished or completely barred by Guam law regarding comparative/contributory negligence.

### THIRD AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2675, Plaintiffs are prohibited from claiming or recovering an amount against the United States in **excess of that which was set forth** in a claim presented to the United **States Postal Service.**

### FOURTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

### FIFTH AFFIRMATIVE DEFENSE

Under 28 U.S.C. §241 2(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States of America.

## SIXTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

**WHEREFORE,** having fully answered all counts of the Complaint, Defendant prays that Plaintiff takes nothing by way of his Complaint against it, that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

Respectfully submitted,

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

_____
MIKEL W. SCHWAB
Assistant United States Attorney

Of Counsel:
JOSEPH R. DOYLE
Attorney
United States Postal Service
National Tort Center
PG Box 66640
St. Louis, Missouri 63166-6640
Tel: 314-872-5154
Fax: 314-872-5194

## CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Secretary, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, I caused to be served by facsimile and personal service a copy of the "United States Answer", in Civil Case No. 02-00030, <u>Barbara McCarron v. United States of America</u>, to the following attorney of record:

>William L. Gavras
>Gorman & Gavras
>118-A Chalan Santo Papa
>Hagatna, Guam 96910
>Fax: (671) 472-2342

Dated: <u>January 7, 2003</u>

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant