William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA MC CARRON

FILED
DISTRICT COURT OF GUAM
FEB 0 4 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____/ | CIVIL CASE NO. 02-00030<br><br>SCHEDULING ORDER |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

    Damages for negligence pursuant to the Federal Tort Claims Act

2. The posture of the case is as follows:

    a) The following motions are on file (pending):

       None at this time.

b)     The following motions have been resolved:

       Not applicable.

c)     The following formal discovery has been initiated:

       None at the present time.

3.     All Motions to add parties and claims shall be filed on or before: November 24, 2003.

4.     All Motions to amend pleadings shall be filed on or before: November 24, 2003.

5.     Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6.     ~~The parties shall appear before the District Court on February 3, 2003, at 3:00 p.m. for the Scheduling Conference.~~

7.     The discovery cut-off date (defined as the last day to file responses to discovery) is: November 5, 2003.

8.     a)     The anticipated discovery motions are:

       None at this time.

2

      b)    All discovery motions shall be filed on or before November 13, 2003. These motions will be heard on or before December 3, 2003.

      c)    All dispositive motions shall be filed on or before November 13, 2003 and heard on or before December 3, 2003.

9.    The prospects for settlement are:

Unknown at this time.

10.    The Preliminary Pretrial Conference shall be held on January 6, 2004 at 3:00 p.m. (no later than 21 days to trial date).

11.    The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before January 14, 2004 (no later than 14 days prior to Trial).

12.    The Proposed Pretrial Order shall be filed on or before January 14, 2004 (no later than 14 days prior to Trial).

13.    The Final Pretrial Conference shall be held on January 20, 2004, at 3:00 p.m. (no later than 7 days prior to Trial).

14.    The Bench Trial shall be held on January 27, 2004 at 9:30 a.m.

15. The Plaintiff does not seek a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiff Barbara McCarron

    Mikel Schwab, Esq. for Defendants.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: FEB 0 3 2003

_____
HONORABLE JOHN S. UNPINGCO
Chief District Judge



RECEIVED
JAN 27 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**McCarron v. United States of America**, Civil Case No. 02-00030
**Scheduling Order**
**January 27, 2003**

APPROVED AS TO FORM AND CONTENT:

                                        FREDERICK A. BLACK
                                        United States Attorney
                                        Districts of Guam and NMI

Date: January _____, 2003      BY: _____
                                          MIKEL SCHWAB, ESQ.
                                          Attorneys for Defendant

                                          GORMAN & GAVRAS

Date: January 27, 2003       BY: _____
                                          WILLIAM L. GAVRAS, ESQ.
                                          Attorneys for Plaintiff
                                          BARBARA McCARRON