William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff
BARBARA McCARRON**



### IN THE U.S. DISTRICT COURT

### OF GUAM

| | |
|---|---|
| **BARBARA McCARRON,** | **CIVIL CASE NO. 02-00030** |
| Plaintiff, | |
| vs. | **STIPULATION** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

COME NOW the parties to the above-captioned and numbered civil case, by and through their respective counsel, and hereby stipulate and agree that the deadline to submit and exchange the names and reports of any expert witnesses in the case be extended to October 15, 2003.

IT IS SO STIPULATED.

LAW OFFICES OF GORMAN & GAVRAS

Date: September 25, 2003      By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

LEONARDO RAPADAS
United States Attorney
Districts of Guam and NMI

Date: September__, 2003    By: _____
MIKEL SCHWAB, ESQ.
Attorneys for Defendant