William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**BARBARA McCARRON**



FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| **BARBARA McCARRON,** | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF TRIAL** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

COME NOW the Parties, through their undersigned counsel, and hereby stipulate to this Honorable Court a request that the trial date in the above-captioned and numbered civil case, which is presently scheduled for January 2, 2004 be continued to such further date as the Court deems appropriate.

This Stipulation is premised upon the Plaintiff, Barbara McCarron, has been continuing to experience pain in her leg that was caused by the fall alleged to in the Complaint. Plaintiff has a forthcoming appointment with Dr. Charles Salzberg in first two months in 2004 (Dr. Salzberg is an off-island specialist who travels to Guam periodically). Dr. Salzberg's evaluation and treatment will determine if the injury requires future medical intervention and its permanency.

**ORIGINAL**

The defendants will require a reasonable opportunity to conduct discovery pertaining to the on-going and most recent medical examinations and evaluation of the Plaintiff, and should be accorded a reasonable time within which to conduct the same.

Accordingly, it is hereby stipulated that the Court is requested to remove the case from its trial calendar and to schedule a conference or further proceedings hearing on or about the same time as the scheduled trial date in this case.

The existing Scheduling Order should be vacated and a new one issued; a proposed Scheduling Order is attached for the Court's consideration.

IT IS SO STIPULATED.

LAW OFFICES OF GORMAN & GAVRAS

Date: 12/4/03     By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
JUAN Q. PEREZ

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Date: 12/4/03     By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney