William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA MC CARRON



FILED
DISTRICT COURT OF GUAM
JAN 08 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| | AMENDED SCHEDULING ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

   Damages for negligence pursuant to the Federal Tort Claims Act

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

          None at this time.

    b)    The following motions have been resolved:

          Not applicable.

    c)    The following formal discovery has been initiated:

          None at the present time.

3. All Motions to add parties and claims shall be filed on or before:

    None shall be filed.

4. All Motions to amend pleadings shall be filed on or before:

    None shall be filed.

5. Status of Discovery:

    The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. No Scheduling Conference is necessary.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: March 26, 2004.

8.     a)    The anticipated discovery motions are:

          None at this time.

      b)    All discovery motions shall be filed on or before April 9, 2004. These motions will be heard on or before April 30, 2004.

      c)    All dispositive motions shall be filed on or before May 14, 2004 and heard on or before June 4, 2004.

9.    The prospects for settlement are:

      Unknown at this time.

10.    The Preliminary Pretrial Conference shall be held on May 24, 2004 at 43:00 p.m. (no later than 21 days to trial date).

11.    The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before May 31, 2004 (no later than 14 days prior to Trial).

12.    The Proposed Pretrial Order shall be filed on or before May 31, 2004 (no later than 14 days prior to Trial).

13.    The Final Pretrial Conference shall be held on June 7, 2004, at 4:00 p.m. (no later than 7 days prior to Trial).

14.    The Bench Trial shall be held on June 14, 2004 at 9:30 a.m.

15.    The Plaintiff does not seek a jury trial.

16. It is anticipated that it will take two to three (2-3) days to try this case.

17. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiff Barbara McCarron

    Mikel Schwab, Esq. for Defendants.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: JAN 0 7 2004

HONORABLE JOHN S. UNPINGCO
Chief District Judge



RECEIVED
JAN 05 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4

**McCarron v. United States of America**, Civil Case No. 02-00030
**Amended Scheduling Order**
**December 31, 2003**

APPROVED AS TO FORM AND CONTENT:

                                                  FREDERICK A. BLACK
                                                  United States Attorney
                                                  Districts of Guam and NMI

Date: December 31, 2003     BY: _____
                                                  MIKEL SCHWAB, ESQ.
                                                  Attorneys for Defendant

                                                  GORMAN & GAVRAS

Date: December 31, 2003     BY: _____
                                                  WILLIAM L. GAVRAS, ESQ.
                                                  Attorneys for Plaintiff
                                                  BARBARA McCARRON

**McCarron v. United States of America**, Civil Case No. 02-00030

5

Case 1:02-cv-00030   Document 10   Filed 01/08/2004   Page 5 of 5