ORIGINAL

MCCARRON.DEP

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 472-7332
Fax: 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BARBARA McCARRON, ) | CIVIL CASE NO. 02-00030 |
| Plaintiff, ) | |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | NOTICE TO TAKE DEPOSITION |
| Defendant. ) | |

TO: WILLIAM L. GAVRAS, Attorney for Plaintiff
Gorman & Gavras, A Professional Corporation
118-A Chalan Santo Papa
Hagatna, Guam 96910

**PLEASE TAKE NOTICE** that Defendant in the above-entitled action will take the deposition of BARBARA McCARRON, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths on May 4, 2004 at 10:00 a.m. at the Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam.

DATED this 28th day of April 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney