William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



FILED
DISTRICT COURT OF GUAM
MAY 11 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
BARBARA McCARRON

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | NOTICE OF DEPOSITION |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO: DEFENDANT AND ITS COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 17, 2004, at 9:00 a.m., at the Law Offices of Gorman & Gavras, 2nd Floor, J & R Building, 208 Route 4, Hagatna, Guam, Plaintiff in the above-entitled action will take the deposition GERRY SISON, Custodian of Records at Hagatna Post Office, at the address above written, upon oral examination pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths.

The oral examination(s) will continue from day to day until completed.

LAW OFFICES OF GORMAN & GAVRAS

Date: May 10, 2004.        BY: _____
                           WILLIAM L. GAVRAS, ESQ.
                           Attorneys for Plaintiff
                           BARBARA McCARRON

ORIGINAL