William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff
BARBARA McCARRON**



FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

13

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| **BARBARA McCARRON,** | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES; and ORDER** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

COME NOW the parties, by and through their respective counsel, and hereby stipulate and agree that the current Pre-Trial Conference and Trial dates be vacated and that a Settlement Conference date be set.

IT IS SO STIPULATED.

LAW OFFICES OF GORMAN & GAVRAS

Date: May 21, 2004    By: /s/ A. [signature]

WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

McCarron v. United States of America, Civil Case No. 02-00030
Stipulation to Vacate Pre-Trial Conference and Trial Date; and Order
May 24, 2004

LEONARDO RAPADAS
United States Attorney
Districts of Guam and NMI

Date: May 24, 2004          By: _____
MIKEL W. SCHWAB, ESQ.
Attorneys for Defendant
UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED that the Pre-Trial Conference and Trial dates are vacated. A Settlement Conference shall be held on ___June 9___, 2004 at 9:30 AM.

Date: May 26, 2004          By: _____
HONORABLE DEAN D. PREGERSON
Judge, District Court of Guam
**(Sitting by Designation)**



RECEIVED
MAY 24 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM