William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Plaintiff
BARBARA McCARRON

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | REQUEST TO CONTINUE SETTLEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | AND LETTER FILING DATES |
| Defendant. | |

COME NOW the Plaintiff, by and through her counsel of record and hereby requests this Honorable Court to continue the Settlement Conference now scheduled for June 17, 2004 at 9:30 o'clock a.m. Plaintiff further requests that the Settlement Letter ordered to be filed by June 11, 2004 also be continued. Plaintiff's counsel Mr. Gavras is currently off-island and will be off-island until June 23, 2004. Mr. Gorman is leaving island today and will not return until June 21, 2004. Plaintiff's counsel respectfully requests that both dates be continued until after July 1, 2004.

LAW OFFICES OF GORMAN & GAVRAS

Date: June 9, 2004    For By: _A. [signature]_
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

**McCarron v. United States of America, Civil Case No. 02-00030**
**Request to Continue Settlement Conference and Letter Filing Dates**
**June 9, 2004**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Mikel W. Schwab, Esq. of the United States Attorney's Office a true and correct copy of this document on or before June 9, 2004.

LAW OFFICES OF GORMAN & GAVRAS

Date: June 9, 2004    for    By: *A. M~~~*
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON