William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA McCARRON



**FILED**
DISTRICT COURT OF GUAM
JUN 17 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

BARBARA McCARRON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

CIVIL CASE NO. 02-00030

STIPULATION; and ORDER

COME NOW the parties and hereby stipulate as follows:

1. A Settlement Conference in the above-styled action is scheduled for June 17, 2004 at 9:30 o'clock a.m.

2. The parties wish to continue the Settlement Conference until after July 1, 2004 as Plaintiff's counsel will be off-island for the majority of the rest of June.

3. The parties also request at some time prior to the rescheduled settlement conference that the Judge conducting the conference inspect with the parties the place at which plaintiff alleges she slipped and fell. This on-site inspection should not require more than 30 to 40 minutes of the

Court's time as the location of the alleged slip and fall is at the Hagatna Post Office.

LAW OFFICE OF GORMAN & GAVRAS

Date: June 9, 2004            By: for A. [signature]
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Date: June 9, 2004.            By: [signature]
MIKEL W. SCHWAB, ESQ.
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference in this action scheduled for June 17, 2004 at 9:30 a.m. be continued to July 15, 2004 at 9:30 o'clock a.m.. The Settlement Letter due on June 11, 2004 shall now be submitted by July 9, 2004. The Court shall conduct an on-site inspection of the premises where plaintiff's injury is alleged to have occurred. This on-site inspection shall occur at the Hagatna Post Office on July 13, 2004 at 9:00 o'clock a.m. The parties and counsel shall be present for the on-site inspection.

SO ORDERED.

Dated: 6/17/2004                [signature]
JOAQUIN V. E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
JUN 10 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM