DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 31 2004
MARY L. M. MORAN
CLERK OF COURT

BARBARA McCARRON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Civil Case No. 02-00030

ORDER

On July 15, 2004, this case came before the Court for a settlement conference. At the conclusion of the settlement conference, the parties were unable to settle the action, so the Court returned the settlement conference letters to the respective parties.

As no further action has occurred in this case since the settlement conference, the Court will hereby set this matter for trial. The parties shall submit a proposed trial date to the Court in writing within one week following issuance of this Order.

SO ORDERED this 31st day of August, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge