William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff
BARBARA McCARRON**



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | WRITTEN PROPOSED TRIAL DATE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Comes Now Plaintiff by and through her attorneys and hereby submits April 20, 2005 at 9:30 a.m. as the date for trial.

1. Counsel for Defendant and Plaintiff have agreed to April 20, 2005 at 9:30 a.m. as the starting time for trial herein.

2. The Clerk's Office has informed counsel for Plaintiff that the agreed upon date and time is convenient for the Court to begin trial.

3. Trial is expected to last approximately one day.

LAW OFFICES OF GORMAN & GAVRAS

Date: September 7, 2004        By: _____
                                WILLIAM L. GAVRAS, ESQ.
                                Attorneys for Plaintiff
                                BARBARA McCARRON

**McCarron v. United States of America**, Civil Case No. 02-00030
**Written Proposed Trial Date**
**September 7, 2003**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Mikel W. Schwab, Esq. of the United States Attorney's Office a true and correct copy of this document on or before September 7, 2004.

LAW OFFICES OF GORMAN & GAVRAS

Date: September 7, 2004

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON