**FILED**
DISTRICT COURT OF GUAM

SEP 1 4 2004

MARY L. M. MORAN
CLERK OF COURT

19

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| BARBARA McCARRON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 02-00030<br><br><br>ORDER |

In compliance with the Court's Order, on September 7, 2004, the parties stipulated to a trial date of April 20, 2005. Accordingly, the Court hereby schedules the trial in this matter to commence on Wednesday, April 20, 2005 at 9:30 a.m. The parties are hereby required to comply with the deadlines as set forth in the Local Rules of Practice for the District Court of Guam as to the submission of all trial and pre-trial documents.

SO ORDERED this 13th day of September, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge