AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

**FILED**
**DISTRICT COURT OF GUAM**

DISTRICT OF GUAM

FEB - 9 2005



MARY L.M. MORAN
CLERK OF COURT

BARBARA McCARRON

V.

UNITED STATES OF AMERICA

**NOTICE**

CASE NUMBER: CV-02-00030

| TYPE OF CASE: | | |
|---|---|---|
| | X CIVIL | ☐ CRIMINAL |

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 3RD FLOOR, U.S. COURTHOUSE | GRAND JURY ROOM, U.S. DISTRICT COURT MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. |
| 520 W. SOLEDAD AVENUE | DATE AND TIME |
| HAGATNA, GU 96910 | SEE BELOW |

TYPE OF PROCEEDING

**PRELIMINARY PRE-TRIAL CONFERENCE IS SCHEDULED FOR THURSDAY, MARCH 31, 2005 AT 10:45 A.M.**
**FINAL PRE-TRIAL CONFERENCE IS SCHEDULED FOR WEDNESDAY, APRIL 13, 2005 AT 10:00 A.M.**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

FEBRUARY 9, 2005
DATE

(BY) DEPUTY CLERK

TO: William Gavras, Esq.
    Mikel Schwab, Esq.