William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA McCARRON



FILED
DISTRICT COURT OF GUAM

MAR 25 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | PLAINTIFF'S TRIAL BRIEF |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW Plaintiff, by and through counsel, and for her trial brief states as follows:

**Factual Contentions**

This case is a simple trip and fall case against the federal government. Plaintiff asserts that on or about January 31, 2002 the she tripped on the parking lot of the United State's postal service to due a defect on the lot; to wit: a hole or depression in the lot which the Government had constructive or actual notice of which was of such a depression and character that it constituted a dangerous condition. The dangerous condition was hidden behind a curb that the Defendant was aware people would be stepping off of when traversing through the parking lot.

ORIGINAL

As a result of the fall, one of Mrs. McCarron's legs were broken, the other was sprained. She suffered severe pain, was incapacitated for a number of weeks and incurred medical expenses.

**Issues of Law To Be Determined**

1. Whether the Defendant control or maintain the parking lot. <u>Isaacs v. Huntington Memorial Hospital</u> 38 Cal. 3d 112, 134 (Cal. 1985). It is not believed that the government will contend they did not control or maintain the lot.

2. Whether the condition of the premises were dangerous. <u>Laico v. Chevron U.S.A., Inc.</u>, 123 Cal.App.4th 649, 20 Cal.Rptr.3d 307 (Cal.App. 2004).

3. Whether Defendant had actual or constructive notice of the dangerous condition. <u>Harris v. State</u>, 623 P.2d 446 (1981),

4. Whether the dangerous condition was open and obvious. <u>Cox v. J.C. Penney Company</u>, 741 S.W.2d 28 (Mo.banc 1987)

5. Whether the dangerous condition of the premises caused Plaintiff to fall. <u>Williams v. Hannaford Bros. Co.</u>, 274 A.D.2d 649, 650 (N.Y. App. D9iv. 2000).

**Evidentiary Problems**

None are anticipated.

**Abandonment of Issues**

It is believed that the Defendant has abandoned all issues except the extent of Mrs. McCarron's injuries and the amount of money which would reasonably compensate her for those injuries. However, the parties will address more specifically and definitely whether issues have been abandoned in the pre-trial statement and order.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 25, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

**CERTIFICATE OF SERVICE**

I certify that I will cause to be served upon Mikel W. Schwab, Esq. of the United States Attorney's Office a true and correct copy of this document on or before March 25, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 25, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON