# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES
FILED
DISTRICT COURT OF GUAM
MAR 31 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00030**  **DATE:** 03/31/2005  **TIME:** 1:35 p.m.

**CAPTION: BARBARA MCCARRON -vs- UNITED STATES OF AMERICA**

Courtroom Deputy: Virginia T. Kilgore
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 1:35:34 - 1:37:12)

Law Clerk: Judith Hattori
CSO: N. Edrosa / B. Pereda

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
WILLIAM GAVRAS

**COUNSEL FOR DEFENDANT(s):**
MIKEL SCHWAB

**PROCEEDINGS:**

## PRELIMINARY PRETRIAL CONFERENCE

( ) MOTION(S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Submission
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court advised parties that trial has been set in this matter and that the proposed pretrial order is due next week. The Court further advised counsel that the final pretrial conference is set for April 13, 2005 at 10:00 A.M. before Judge Lew, however, he may set the matter over for a couple of days. Counsel had no objection.