LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 472-7332
Fax: 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR - 5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68 |
| Defendant. | |

This is an Offer of Judgment for TWENTY THOUSAND AND ONE DOLLARS ($20,001.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept this offer and fail to gain a final judgment against

//
//
//
//

this defendant in excess of TWENTY THOUSAND AND ONE Dollars ($20,001.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this 4th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney