William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA McCARRON

FILED
DISTRICT COURT OF GUAM
APR - 5 2005
MARY L.M. MORAN
CLERK OF COURT
25

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW, Plaintiff, BARBARA McCARRON by and through her attorneys of record, William L. Gavras, Esq. and pursuant to FRCP 68, hereby gives notice that the Offer of Judgment filed concurrently herewith is accepted. The clerk is hereby requested to enter a judgment in Plaintiff's favor in the amount of $20,001.00.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Dated: April 5, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON