ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave
Hagatna, Guam 96910
Phone: 671-472-7332
Fax: 671-472-7215

Attorneys for Defendant United States of America

FILED
DISTRICT COURT OF GUAM
APR - 5 2005
MARY L.M. MORAN
CLERK OF COURT
26

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| BARBARA McCARRON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL CASE NO.: 02-00030<br><br>**NOTICE OF SETTLEMENT** |

The United States hereby informs the Court that the parties have reached a settlement in the above entitled case. Official documentation for filing with the Court is being prepared. This notice is filed to assist the Court in its scheduling.

The parties attribute the settlement to the substantial mediation and settlement efforts of the Court.

SO SUBMITTED this 5th day of April, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney