William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
BARBARA McCARRON



IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO. 02-00030 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that I caused to be served upon the Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam, a true and correct copy of the following documents on April 5, 2005:

1. Notice of Acceptance of Offer of Judgment
2. Offer of Judgment Pursuant to Fed.R.Civ.P. Rule 68

LAW OFFICES OF GORMAN & GAVRAS

Date: April 6, 2005.    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiff
BARBARA McCARRON

ORIGINAL