LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave
Hagatna, Guam 96910
Phone: 671-472-7332
Fax: 671-472-7215

JOSEPH R. DOYLE
Attorney
U.S. Postal Service
Law Department National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

Attorneys for Defendant United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| BARBARA McCARRON, | ) | CIVIL CASE NO.: 02-00030 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

I, FRANCES B. LEON GUERRERO, legal assistant, working in the U.S. Attorney's Office, hereby certify that on the 5th day of April 2005, I caused to be served by personal service the following document: "Notice of Settlement", in the above entitled cause to the following attorney:

William L. Gavras
Law Offices of Gorman & Gavras
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant