```
                                                        FILED
                                                 DISTRICT COURT OF GUAM

                                                     APR - 6 2005

                                                   MARY L.M. MORAN
            UNITED STATES DISTRICT COURT FOR CLERK OF COURT
                         DISTRICT OF GUAM
                                                          29
```

BARBARA McCARRON,                       CIVIL CASE NO. 02-00030

    Plaintiff,

vs.

UNITED STATES OF AMERICA,               **JUDGMENT**

    Defendant.

Judgment is hereby entered in accordance with the Offer of Judgment Pursuant to Federal Rules of Civil Procedure, Rule 68, filed April 5, 2005, and the Notice of Acceptance of Offer of Judgment, filed April 5, 2005.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on APR - 6 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____    APR - 6 2005
Deputy Clerk      Date

<007>
