1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant United States Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Ave
4  Hagatna, Guam 96910
   Phone: 671-472-7332
5  Fax: 671-472-7215

6  JOSEPH R. DOYLE
   Attorney
7  U.S. Postal Service
   Law Department National Tort Center
8  P.O. Box 66640
   St. Louis, MO 63166-6640
9
   Attorneys for Defendant United States of America

FILED

DISTRICT COURT OF GUAM

APR 22 2005

MARY L.M. MORAN
CLERK OF COURT

(31)

10
## IN THE UNITED STATES DISTRICT COURT
11
## FOR THE DISTRICT OF GUAM
12

13
| | |
|---|---|
| BARBARA McCARRON, | CIVIL CASE NO.: 02-00030 |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

19
       The Court, having reviewed the Stipulation For Compromise Settlement and
20
Release of Federal Tort Claims Act filed on April 19, 2005, signed and submitted by both
21
of the parties, the Court hereby orders dismissal of the above action.
22

23
       SO ORDERED this ⟋⟋ day of April 2005.
24

25
                                    _____
26                                  RONALD S.W. LEW
                                    District Judge
27                                  Sitting by Designation

28

RECEIVED

APR 19 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM